**Order entered April 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00163-CV

**JOHN THOMAS, M.D., J.A.A. ENTERPRISES, LLC D/B/A SOUTH PLAINS LINDSEY'S DAY SPA, AND MELISSA MCRAE, D.O., Appellants**

**V.**

**BIOTE MEDICAL, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09503**

## ORDER

Before the Court is appellants' April 15, 2019 second motion to extend time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief filed on or before **April 22, 2019**.

/s/    KEN MOLBERG
         JUSTICE